# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 07-318 (1) (RHK/JJG) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Derrick Lashawn Smith, | |
| Defendant. | |

---

**IT IS HEREBY ORDERED** that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' Motion for Dismissal (Doc. No. 35) is hereby **GRANTED** and the Indictment against the above-named Defendant is **DISMISSED**.

Dated: January 17, 2008

                                                 s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge